OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701
02 1N
0001401603

$ 000.27⁵

OCT 07 2015

WR-83,692-

Abel Ácosta, Clerk

PRESORTED
FIRST CLASS

10/6/2015
OPORTA, TRINIDAD    Tr. Ct. No. D-1-DC-12-300191-A
On this day, this Court has denied "DEFENDANT'S MOTION TO EXTEND TIME
TO FILE MOTION FOR REHEARING"



TRINIDAD OPORTA
SOUTH TEXAS DETENTION COMPLEX
566 VETERAN DRIVE
PEARSALL, TX 78601

U TF